IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JONATHAN LEWIS,
# 131900598,

    Plaintiff,

v.                                                  4:20cv75–WS/MAF

FLORIDA DEPARTMENT OF
CHILDREN AND FAMILIES,

    Defendant.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 13) docketed April 3, 2020. The magistrate judge recommends that Plaintiff's case be dismissed for lack of subject matter jurisdiction and because Plaintiff's claims against the Florida Department of Children and Families are barred by the Eleventh Amendment. Plaintiff has filed objections (ECF No. 15) to the report and recommendation.

The court has reviewed the record in light of Plaintiff's objections and has determined that the magistrate judge's report and recommendation should be adopted. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 13) is hereby ADOPTED and incorporated by reference in this order.

2. The plaintiff's complaint and this action are DISMISSED for lack of subject matter jurisdiction and because Plaintiff's claims against the defendant, Florida Department of Children and Families, are barred by the Eleventh Amendment.

3. The clerk shall enter judgment stating: "All claims are dismissed."

4. The clerk shall note on the docket that this case was dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(iii).

DONE AND ORDERED this ___8th___ day of ___May___, 2020.


        s/ William Stafford
        WILLIAM STAFFORD
        SENIOR UNITED STATES DISTRICT JUDGE